THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* OSGAN YARGANIAN, MARTIN MOZIAN, JUAN G. TCHALIKIAN, HARRY SARAFIAN, JOHN MIRIJANIAN, MIHRAN ZADIGIAN and OHANES ANDREASSIAN, Appellants.

(Argued November 26, 1935; decided January 7, 1936.)

*Joab H. Banton, George Gordon Battle, Harry C. Kane* and *Stanley L. Richter* for appellants.

*William Copeland Dodge,* District Attorney (*Felix C. Benvenga, Alexander H. Kaminsky, Erwin N. Schapira* and *Joseph Cohn* of counsel), for respondent.

As to each defendant, judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.